**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICK BAKER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGL RESOURCES, INC., SANDRA N. BANE, THOMAS D. BELL, JR., NORMAN R. BOBINS, CHARLES R. CRISP, BRENDA J. GAINES, ARTHUR E. JOHNSON, WYCK A. KNOX, JR., DENNIS M. LOVE, DEAN R. O'HARE, ARMANDO J. OLIVERA, JOHN E. RAU, JAMES A. RUBRIGHT, JOHN W. SOMERHALDER II, BETTINA M. WHYTE, HENRY C. WOLF, AMS CORP., and THE SOUTHERN COMPANY,<br><br>Defendants. | C.A. No.1:15-cv-03265-WSD |

[CAPTIONS CONTINUED ON NEXT PAGE]

| | |
|---|---|
| JEFF MORTON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>AGL RESOURCES, INC., JOHN W. SOMERHALDER II, JAMES A. RUBRIGHT, SANDRA N. BANE, THOMAS D. BELL, JR., NORMAN R. BOBINS, CHARLES R. CRISP, BRENDA J. GAINES, ARTHUR E. JOHNSON, WYCK A. KNOX, JR., DENNIS M. LOVE, DEAN R. O'HARE, ARMANDO J. OLIVERA, JOHN E. RAU, BETTINA M. WHYTE, HENRY C. WOLF, THE SOUTHERN COMPANY, and AMS CORP,<br><br>Defendants. | C.A. No.1:15-cv-03320-AT |
| SARAH HALBERSTAM and BARUCH Z. HALBERSTAM (AS CUSTODIAN FOR BENJAMIN HALBERSTAM), Individually and On Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br><br>AGL RESOURCES, INC., SANDRA N. BANE, THOMAS D. BELL, JR., NORMAN R. BOBINS, CHARLES R. CRISP, BRENDA J. GAINES, ARTHUR E. JOHNSON, WYCK A. KNOX, JR., DENNIS M. LOVE, DEAN R. O'HARE, ARMANDO J. OLIVERA, JOHN E. RAU, JAMES A. RUBRIGHT, JOHN W. SOMERHALDER II, BETTINA M. WHYTE, and HENRY C. WOLF,<br><br>Defendants. | C.A. No. 1:15-cv-03402-WSD |

**NOTICE OF RELATED CASES**

Defendants in the three above-captioned matters hereby give notice that these matters are related cases. The first-filed action was assigned to, and is now pending before, The Honorable William S. Duffey, Jr. Because the plaintiff in the second-filed action did not timely file a Civil Cover Sheet stating that it was a related case, the second-filed action was not assigned to Judge Duffey and is now pending before The Honorable Amy Totenberg. The third-filed action was timely designated a related case and was assigned to, and is now pending before, Judge Duffey. In providing this notice, Defendants in the three above-captioned matters show as follows:

1. In its rules and procedures governing filing of pleadings in civil actions, the United States District Court for the Northern District of Georgia (the "Court") provides for the use of a form Civil Cover Sheet, which states that it "is required for the use of the Clerk of Court for the purpose of initiating the civil docket record." Form JS44, NDGa, at 1; *see also* LR 5.1(H), NDGa.

2. Pursuant to the Court's Civil Local Rule of Practice 5.1(H), "The Attorney filing the complaint *shall* prepare and submit to the clerk of court the civil cover sheet which is available at the public filing counter." (emphasis added).

3. Section VIII of the Civil Cover Sheet utilized by the Court requires an attorney filing a complaint to list any cases "related" to the case the attorney is initiating, which the Civil Cover Sheet defines to include, among other things, any earlier numbered pending suit that involves "the same issue of fact or arises out of the same event or transaction." Form JS44, NDGa, at 2.

4. On September 16, 2015, Patrick Baker, an alleged shareholder of AGL Resources, Inc. ("AGL"), filed a putative class action complaint on behalf of himself and the public shareholders of AGL against AGL, its board of directors (the "Board"), The Southern Company ("Southern"), and Southern's wholly-owned merger subsidiary to preliminarily and permanently enjoin a planned transaction between AGL and Southern ("the Merger"), pursuant to which the shareholders of AGL will receive $66.00 in cash per share, a 37.9% premium to the market closing price the day before the Merger was announced (Civil Action No. 1:15-cv-03265-WSD, or the "First Filed Action").[1]

5. In the First-Filed Action, the plaintiff alleges that in a preliminary proxy statement regarding the Merger filed with the Securities and Exchange Commission (the "SEC") Defendants made material omissions and false and

[1] A copy of the complaint in the First-Filed Action is attached as Exhibit A.

misleading statements in violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 14a-9 promulgated thereunder.

6. The plaintiff in the First-Filed Action submitted a Civil Cover Sheet concurrently with his complaint.[2]

7. The First-Filed Action was assigned to Judge Duffey, before whom it remains pending.

8. On September 24, 2015, counsel for plaintiff in the First-Filed Action submitted an Application for Admission *Pro Hac Vice* of James M. Ficaro, Esq., which the Court granted on October 6, 2015.

9. On Monday, September 22, 2015, Jeff Morton, an alleged shareholder of AGL, filed a putative class action complaint on behalf of himself and the public shareholders of AGL against AGL, the Board, Southern, and Southern's merger subsidiary seeking, among other things, to preliminarily and permanently enjoin the Merger based on alleged violations of Sections 14(a) and 20(a) of the Exchange Act and SEC Rule 14a-9, breaches of fiduciary duties, and aiding and abetting

[2] *See* Exhibit A, Case 1:15-cv-03265-WSD, Dkt. 1-1.

breaches of fiduciary duties (Civil Action No. 1:15-cv-03320-AT, or the "Second-Filed Action").[3]

10. In the Second-Filed Action, the plaintiff did not submit a Civil Cover Sheet concurrently with his complaint.

11. Due to the *Morton* plaintiff's failure to file the required Civil Cover Sheet concurrently with his complaint in the Second-Filed Action, the Clerk of Court was unable to ascertain that the Second-Filed Action was related to the First-Filed Action, and thus, the Second-Filed Action was assigned to The Honorable Thomas W. Thrash, Jr.

12. On Thursday, September 25, 2015, Judge Thrash voluntarily recused himself from the Second-Filed Action, and the Court reassigned the Second-Filed Action to Judge Totenberg, before whom it remains pending.

13. Later that same day, three days after initiating the Second-Filed Action, the plaintiff in the Second-Filed Action filed the required Civil Cover Sheet with the Clerk of Court.[4]

---

[3] A copy of the complaint in the Second-Filed Action is attached as Exhibit B.

[4] A copy of the Civil Cover Sheet in the Second-Filed Action is attached as Exhibit C.

14. In Section VIII of the Civil Cover Sheet filed by the plaintiff in the Second-Filed Action, the plaintiff stated that the Second-Filed Action was related to the First-Filed Action pending before Judge Duffey, because the Second-Filed Action involves "the same issue of fact or arises out of the same event or transaction" included in the First-Filed Action.

15. On September 28, 2015, Sarah Halberstam and Baruch Z. Halberstam (as custodian for Benjamin Halberstam), alleged shareholders of AGL, filed a putative class action complaint on behalf of themselves and the public shareholders of AGL against AGL and the Board seeking, among other things, to preliminarily and permanently enjoin the Merger based on alleged violations of Sections 14(a) and 20(a) of the Exchange Act and SEC Rule 14a-9 (Civil Action No. 1:15-cv-03402-WSD, or the "Third-Filed Action").[5]

16. The plaintiffs in the Third-Filed Action submitted a Civil Cover Sheet concurrently with their complaint, which form indicated in Section VIII that the Third-Filed Action was related to the First-Filed Action.[6]

---

[5] A copy of the complaint in the Third-Filed Action is attached as Exhibit D.

[6] *See* Exhibit D, Case 1:15-cv-03402-WSD, Dkt. 1-2, at 2.

17. In keeping with the practice of assigning later-filed related cases to the Judge to whom the original action was assigned, the Court assigned the Third-Filed Action to Judge Duffey, before whom it is still pending.

Accordingly, Defendants in the three above-captioned matters find it appropriate to give the Court notice that the Second-Filed Action is related to two cases pending before Judge Duffey, one of which is an earlier-filed case, and to request that the Court determine whether to reassign the Second-Filed Action to Judge Duffey, before whom the First-Filed Action and Third-Filed Action are pending.

Respectfully submitted this 8th day of October, 2015.

**KING & SPALDING LLP**

*/s/ Michael R. Smith*
Michael R. Smith (Ga. Bar. No. 661689)
B. Warren Pope (Ga. Bar No. 583723)
1180 Peachtree St.
Atlanta, GA 30309
(404) 572-4897
Fax: (404) 572-5100

OF COUNSEL:

**CRAVATH, SWAINE & MOORE, LLP**
Gary A. Bornstein
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1084
Fax: (212) 474-3700

*Attorneys for Defendants AGL Resources, Inc., Sandra N. Bane, Thomas D. Bell, Jr., Norman R. Bobins, Charles R. Crisp, Brenda J. Gaines, Arthur E. Johnson, Wyck A. Knox, Jr., Dennis M. Love, Dean R. O'Hare, Armando J. Olivera, John E. Rau, James A. Rubright, John W. Somerhalder II, Bettina M. Whyte, and Henry C. Wolf*

**JONES DAY**

*/s/ Michael J. McConnell*
Michael J. McConnell (Ga. Bar No. 485003)
Walter W. Davis (Ga. Bar. No. 213083)
Rob Schmoll (Ga. Bar No. 100178)
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, GA 30309
(404) 581-8517
Fax: (404) 581-8330

*Attorneys for Defendants The Southern Company and AMS Corp*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, a copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all registered users listed below:

David A. Bain
Law Offices of David A. Bain, LLC
1050 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404−724−9990
Facsimile: 404−724−9986
Email: dbain@bain−law.com

James M. Ficaro
The Weiser Law Firm, P.C. −B. PA
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610−225−2677
Facsimile: 610−225−2678
Email: jmf@weiserlawfirm.com

*Attorneys for Patrick Baker*

I further certify that on this same day, I caused to be placed in the U.S. mail, postage prepaid, a copy of the foregoing to the following:

RYAN & MANISKAS, LLP
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484-588-5516

*/s/ Michael R. Smith*

Michael R. Smith (Ga. Bar. No. 661689)